UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: LIVINGSTON, CHARLES W. | § | Case No. 09-72248 |
| LIVINGSTON, TAMMY R. | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/01/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____     By:  /s/STEPHEN G. BALSLEY_____
                                         Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 2                   Date Rcvd: Nov 08, 2010
Case: 09-72248                Form ID: pdf006             Total Noticed: 53

The following entities were noticed by first class mail on Nov 10, 2010.
db/jdb        +Charles W. Livingston,    Tammy R. Livingston,    699 Homestead Lane,    Rockford, IL 61102-1142
aty           +Gary C Flanders,    1 Court Place  Suite 201,    Rockford, IL 61101-1088
tr            +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
13981591       Amcore,    P.O. Box 358,    Beloit, WI 53512-0358
13981592      +Amcore Bank,    501 7th Street,    Rockford, IL 61104-1299
13981594       American Furniture,    c/o WFNNB,    P.O. Box 182119,    Columbus, OH 43218-2119
13981593       American Furniture,    P.O. Box 182118,    Columbus, OH 43218-2118
15135914      +ArvinMeritor, Inc.,    c/o Laura C. Garofalo, Suzanne E. Rollie,    Holland & Knight, LLP,
                131 South Dearborn, 30th Floor,    Chicago, IL 60603-5517
13981595       Best Buy,    P.O. Box 60118,    City Of Industry, CA 91716-0118
15958229      +Camelot Radiology,    c/o Creditors’ Protection Service, Inc.,    202 West State Street, Suite 300,
                P.O. Box 4115,    Rockford, IL 61110-0615
15700728      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13981596       Citi Mortgage,    P.O. Box 9440,    Gaithersburg, MD 20898-9440
13981597      +Citibank,    c/o Arrow Financial,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
13981599       Dick’s Sporting Goods,    c/o Allied Interstate,    P.O. Box 1962,    Southgate, MI 48195-0962
13981600       Direct Merchants Bank,    P.O. Box 21460,    Tulsa, OK 74121-1460
13981601       GE Money Bank/Dick’s Sporting Goods,    c/o Encore Receivable Mangement,
                400 N. Rogers Road POB 3330,    Olathe, KS 66063-3330
13981606      +HSBC Bank Nevada, N.A.,    P.O. Box 4115,    Concord, CA 94524-4115
13981602      +Heritage Carpentry Inc.,    5344 Newburg Road,    Belvidere, IL 61008-6708
13981603      +Hillcrest Animal Hospital,    227 N. Alpine,    Rockford, IL 61107-4989
13981605      +Home Depot,    c/o United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
13981604       Home Depot,    P.O. Box 630829,    Irving, TX 75063-0829
13981609       Limited Too,    c/o NCO Financial Systems, Inc.,    P.O. Box 4909 Dept. 22,
                Trenton, NJ 08650-4909
13981611       Mulford Dental Group,    c/o Creditors’ Protection Service,    P.O. Box 4115,
                Rockford, IL 61110-0615
15958262      +Mulford Dental Group,    c/o Creditors’ Protection Service, Inc.,
                202 West State Street, Suite 300,    P.O. Box 4115,    Rockford, IL 61110-0615
13981610       Mulford Dental Group,    41001 North Mulford Road,    Loves Park, IL 61111-6949
15774739       Mutual Management Services, Inc,    P O Box 4777,    Rockford, Il. 61110-4777
13981612      +Northern Illinois Optical,    c/o Mutual Management Services,    401 E. State Street,
                Rockford, IL 61104-1027
13981613      +Northern Illinois Scanning,    c/o Mutual Management,    401 E. State Street,
                Rockford, IL 61104-1027
13981614      +OSF Saint Anthony Medical Center,    5666 East State Street,    Rockford, IL 61108-2472
13981615       OSF St. Anthony,    c/o Rockford Mercantile,    2052 S. Alpine Roa,    Rockford, IL 61108
13981616      +Radiology Consultants,    c/o Mutual Management,    401 E. State Street,    Rockford, IL 61104-1027
15958198      +Rock Valley Women’s Health Center,    c/o Creditors’ Protection Service, Inc.,
                202 West State Street, Suite 300,    P.O. Box 4115,    Rockford, IL 61110-0615
15958175      +Rockford Ambulatory Surgery Center,    c/o Creditors’ Protection Service, Inc.,
                202 West State Street, Suite 300,    P.O. Box 4115,    Rockford, IL 61110-0615
15958286      +Rockford Anesthesiologists,    c/o Creditors’ Protection Service, Inc.,
                202 West State Street, Suite 300,    P.O. Box 4115,    Rockford, IL 61110-0615
15958108      +Rockford Dental Care,    c/o Creditors’ Protection Service, Inc.,
                202 West State Street, Suite 300,    P.O. Box 4115,    Rockford, IL 61110-0615
13981617      +Rockford Memorial Hospital,    c/o Rockford Mercantile,    2502 S. Alpine Road,
                Rockford, IL 61108-7813
13981618      +Rockford Memorial Hospital,    2400 N. Rockton Ave.,    Rockford, IL 61103-3681
16005541      +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
13981620      +Swedish American Health Care,    c/o Mutual Management,    401 E. State Street,
                Rockford, IL 61104-1027
13981621       Swedish American Hospital,    c/o Dennis A. Brebner & Assoc.,    860  Northpoint Blvd.,
                Waukegan, IL 60085-8211
13981625       Swedish American Hospital,    c/o Dennis Brebner & Assoc.,    860 Northpoint Blvd,
                Waukegan, IL 60085-8211
13981623      +Swedish American Hospital,    c/o Cavalry Portfolio Services,    P.O. Box 27288,
                Tempe, AZ 85285-7288
13981622      +Swedish American Hospital,    1401 East State Street,    Rockford, IL 61104-2298
13981624      +SwedishAmerican Health Systems,    c/o Creditors’ Protection Service,
                202 West State Street, Suite 300,    P.O. Box 4115,    Rockford, IL 61110-0615
13981627       The Swiss Colony,    1112 7th Ave.,    Monroe, WI 53566-1364
15141367      +The Workplace, Inc.,    c/o Attorney Michael G. Schultz,    Reno & Zahm, LLP,
                2902 McFarland Road, Suite 400,    Rockford, IL 61107-6801
13981628      +Tommy Wessner,    4613 Wenberg Court,    Rockford, IL 61109-4054
13981629       Walmart,    P.O. Box 981287,    El Paso, TX 79998-1287

The following entities were noticed by electronic transmission on Nov 08, 2010.
13981598      +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2010 00:55:17     Dick’s Sporting Goods,
                P.O. Box 981127,    El Paso, TX 79998-1127
13981607       E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2010 00:55:17     JC Penney,    P.O. Bopx 981133,
                El Paso, TX 79998-1133
13981608       E-mail/PDF: cr-bankruptcy@kohls.com Nov 09 2010 00:44:31     Kohl’s,    P.O. Box 3120,
                Milwaukee, WI 53201-3120
15715367       E-mail/PDF: BNCEmails@blinellc.com Nov 09 2010 00:47:33     Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
13981626      +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2010 00:55:16     The Home Depot,    P.O. Box 630268,
                Irving, TX 75063-0268
                                                                                               TOTAL: 5
```

```
District/off: 0752-3          User: vgossett            Page 2 of 2              Date Rcvd: Nov 08, 2010
Case: 09-72248                Form ID: pdf006           Total Noticed: 53

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
13981619*    +Rockford Memorial Hospital,   c/o Rockford Mercantile,   2502 S. Alpine Road,
               Rockford, IL 61108-7813
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2010**                     **Signature:**        *Joseph Speetjens*