## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: LIVINGSTON, CHARLES W. | § | Case No. 09-72248 |
| LIVINGSTON, TAMMY R. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $186,875.00 *(without deducting any secured claims)* | Assets Exempt: $26,175.00 |
| Total Distribution to Claimants: $7,812.13 | Claims Discharged Without Payment: $37,925.65 |
| Total Expenses of Administration: $20,189.08 | |

3) Total gross receipts of $ 32,501.21 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 4,500.00 (see **Exhibit 2**), yielded net receipts of $28,001.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $155,800.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 20,189.08 | 20,189.08 | 20,189.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 42,755.00 | 14,059.03 | 13,872.78 | 7,812.13 |
| **TOTAL DISBURSEMENTS** | $198,555.00 | $34,248.11 | $34,061.86 | $28,001.21 |

4)  This case was originally filed under Chapter 7 on May 29, 2009. The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2011 _____   By: /s/STEPHEN G. BALSLEY_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Discrimination/Sexual Harrassment Claim | 1249-000 | 32,500.00 |
| Interest Income | 1270-000 | 1.21 |
| **TOTAL GROSS RECEIPTS** | | **$32,501.21** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tammy R. Livingston | Payment of Debtor's Exemption re: Employment Discrimination | 8100-002 | 4,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,500.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Amcore Bank | 4110-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Mortgage | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$155,800.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,550.08 | 3,550.08 | 3,550.08 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 5,546.00 | 5,546.00 | 5,546.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | | 260.00 | 260.00 | 260.00 |
| Attorney Miriam N. Geraghty | 3210-600 | N/A | | 10,833.00 | 10,833.00 | 10,833.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 20,189.08 | 20,189.08 | 20,189.08 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA,N.A | 7100-000 | 1,900.00 | 2,008.99 | 2,008.99 | 2,008.99 |
| 2 | Roundup Funding, LLC | 7100-000 | 1,300.00 | 1,437.42 | 1,437.42 | 1,437.42 |
| 3 | Mutual Management Services, Inc | 7100-000 | 1,600.00 | 543.18 | 543.18 | 543.18 |
| 4 | Mutual Management Services, Inc | 7100-000 | N/A | 648.31 | 648.31 | 648.31 |
| 5 | Mutual Management Services, Inc | 7100-000 | 400.00 | 240.63 | 54.38 | 54.38 |
| 6 | Swedish American Hospital | 7100-000 | 2,900.00 | 2,666.32 | 2,666.32 | 2,666.32 |
| 7 | Rockford Dental Care | 7200-000 | 500.00 | 226.00 | 226.00 | 15.73 |
| 8 | SwedishAmerican Health Systems | 7200-000 | 490.00 | 3,366.56 | 3,366.56 | 234.39 |
| 9 | Rockford Ambulatory Surgery Center | 7200-000 | N/A | 89.91 | 89.91 | 6.26 |
| 10 | Rock Valley Women's Health Center | 7200-000 | N/A | 101.51 | 101.51 | 7.07 |
| 11 | Camelot Radiology | 7200-000 | N/A | 27.15 | 27.15 | 1.89 |
| 12 | Mulford Dental Group | 7200-000 | N/A | 672.10 | 672.10 | 46.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Rockford Anesthesiologists | 7200-000 | N/A | 46.20 | 46.20 | 3.22 |
| 14 | Rockford Mercantile Agency Inc | 7200-000 | 1,800.00 | 1,984.75 | 1,984.75 | 138.18 |
| NOTFILED | HSBC Bank Nevada, N.A. | 7100-000 | 755.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 11,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Hillcrest Animal Hospital | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Limited Too c/o NCO Financial Systems, Inc. | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Illinois Optical c/o Mutual Management | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | The Swiss Colony | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Walmart | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Tommy Wessner | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital c/o Dennis A. Brebner & | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital c/o Cavalry Portfolio | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF St. Anthony c/o Rockford Mercantile | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Memorial Hospital c/o Rockford Mercantile | 7100-000 | 1,985.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants c/o Mutual Management | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Carpentry Inc. | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchants Bank | 7100-000 | 4,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Dick's Sporting Goods | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank c/o Arrow Financial | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 42,755.00 | 14,059.03 | 13,872.78 | 7,812.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72248

**Case Name:** LIVINGSTON, CHARLES W.

LIVINGSTON, TAMMY R.

**Period Ending:** 04/07/11

**Trustee:** (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 05/29/09 (f)

**§341(a) Meeting Date:** 07/02/09

**Claims Bar Date:** 07/27/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | single family residence located at 699, Lane, Ro | 170,000.00 | 10,000.00 | DA | 0.00 | FA |
| 2 | checking U.S. Bank | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | 4 beds, 1 sofa, 1 loveseat, 4 tvs, 2 vcrs, 3 dvd | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | video tapes and dvds with estimated retail value | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | clothing with estimated retail value of $500.00 | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | jewelry with estimated retail value of $200.00 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | bicycle with estimated retail value of $50.00 | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life insurance with death benefit only. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2002 Ford Explorer dealer retail value $6000.00 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1997 GMC Sierra dealer retail value $4000.00 | 3,500.00 | 1,100.00 | DA | 0.00 | FA |
| 11 | 2002 Ford Escort subject to security interest of | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| 12 | 2002 Kawasaki Motorcycle dealer retail value $70 | 500.00 | 500.00 | DA | 0.00 | FA |
| 13 | 1990 Kawasaki Motorcycle dealer retail value $20 | 100.00 | 100.00 | DA | 0.00 | FA |
| 14 | hand and power tools with estimated retail value | 200.00 | 0.00 | DA | 0.00 | FA |
| 15 | Lawn mower with estimated retail value of $400.0 | 200.00 | 0.00 | DA | 0.00 | FA |
| 16 | Discrimination/Sexual Harrassment Claim  (u) | Unknown | 28,000.00 | DA | 32,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.21 | FA |
| 17 | **Assets**    **Totals** (Excluding unknown values) | **$186,875.00** | **$43,200.00** | | **$32,501.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 1, 2010

**Current Projected Date Of Final Report (TFR):**    September 15, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72248
**Case Name:** LIVINGSTON, CHARLES W.
LIVINGSTON, TAMMY R.
**Taxpayer ID #:** **-***3445
**Period Ending:** 04/07/11

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******04-65 - Money Market Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/10 | {16} | Workplace | Partial Settlement of Employment Discrimination Claim | 1249-000 | 7,500.00 | | 7,500.00 |
| 08/23/10 | {16} | Arvin Meritor | Final Settlement Proceeds re: Employment Discrimination Claim | 1249-000 | 25,000.00 | | 32,500.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.76 | | 32,500.76 |
| 09/03/10 | 1001 | Attorney Miriam N. Geraghty | Attorney Fees for employment discrimination claim | 3210-600 | | 10,833.00 | 21,667.76 |
| 09/05/10 | 1002 | Tammy R. Livingston | Payment of Debtor's Exemption re: Employment Discrimination | 8100-002 | | 4,500.00 | 17,167.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 17,167.93 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,168.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,168.21 |
| 12/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 17,168.21 |
| 12/01/10 | | To Account #9200******0466 | Transfer funds from MMA to checking account | 9999-000 | | 17,168.21 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 32,501.21 | 32,501.21 | $0.00 |
| Less: Bank Transfers | 0.00 | 17,168.21 | |
| **Subtotal** | 32,501.21 | 15,333.00 | |
| Less: Payments to Debtors | | 4,500.00 | |
| **NET Receipts / Disbursements** | **$32,501.21** | **$10,833.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-72248
**Case Name:** LIVINGSTON, CHARLES W.
LIVINGSTON, TAMMY R.
**Taxpayer ID #:** **-***3445
**Period Ending:** 04/07/11

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******04-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/01/10 | | From Account #9200******0465 | Transfer funds from MMA to checking account | 9999-000 | 17,168.21 | | 17,168.21 |
| 12/01/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $5,546.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,546.00 | 11,622.21 |
| 12/01/10 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $260.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 260.00 | 11,362.21 |
| 12/01/10 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,550.08, Trustee Compensation;  Reference: | 2100-000 | | 3,550.08 | 7,812.13 |
| 12/01/10 | 104 | Chase Bank USA,N.A | Dividend paid 100.00% on $2,008.99; Claim# 1; Filed: $2,008.99; Reference: | 7100-000 | | 2,008.99 | 5,803.14 |
| 12/01/10 | 105 | Roundup Funding, LLC | Dividend paid 100.00% on $1,437.42; Claim# 2; Filed: $1,437.42; Reference: | 7100-000 | | 1,437.42 | 4,365.72 |
| 12/01/10 | 106 | Mutual Management Services, Inc | Dividend paid 100.00% on $543.18; Claim# 3; Filed: $543.18; Reference: | 7100-000 | | 543.18 | 3,822.54 |
| 12/01/10 | 107 | Mutual Management Services, Inc | Dividend paid 100.00% on $648.31; Claim# 4; Filed: $648.31; Reference: | 7100-000 | | 648.31 | 3,174.23 |
| 12/01/10 | 108 | Mutual Management Services, Inc | Dividend paid 100.00% on $54.38; Claim# 5; Filed: $240.63; Reference: | 7100-000 | | 54.38 | 3,119.85 |
| 12/01/10 | 109 | Swedish American Hospital | Dividend paid 100.00% on $2,666.32; Claim# 6; Filed: $2,666.32; Reference: | 7100-000 | | 2,666.32 | 453.53 |
| 12/01/10 | 110 | Rockford Dental Care | Dividend paid  6.96% on $226.00; Claim# 7; Filed: $226.00; Reference: | 7200-000 | | 15.73 | 437.80 |
| 12/01/10 | 111 | SwedishAmerican Health Systems | Dividend paid  6.96% on $3,366.56; Claim# 8; Filed: $3,366.56; Reference: | 7200-000 | | 234.39 | 203.41 |
| 12/01/10 | 112 | Rockford Ambulatory Surgery Center | Dividend paid  6.96% on $89.91; Claim# 9; Filed: $89.91; Reference: | 7200-000 | | 6.26 | 197.15 |
| 12/01/10 | 113 | Rock Valley Women's Health Center | Dividend paid  6.96% on $101.51; Claim# 10; Filed: $101.51; Reference: | 7200-000 | | 7.07 | 190.08 |
| 12/01/10 | 114 | Mulford Dental Group | Dividend paid  6.96% on $672.10; Claim# 12; Filed: $672.10; Reference: | 7200-000 | | 46.79 | 143.29 |
| 12/01/10 | 115 | Rockford Mercantile Agency Inc | Dividend paid  6.96% on $1,984.75; Claim# 14; Filed: $1,984.75; Reference: | 7200-000 | | 138.18 | 5.11 |
| 12/01/10 | 116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 5.11 | 0.00 |
| | | | Dividend paid  6.96% on          1.89 $27.15;  Claim# 11; Filed: $27.15 | 7200-000 | | | 0.00 |
| | | | Dividend paid  6.96% on          3.22 $46.20;  Claim# 13; Filed: $46.20 | 7200-000 | | | 0.00 |

Subtotals :          $17,168.21          $17,168.21

{} Asset reference(s)

Printed: 04/07/2011 12:25 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-72248 | |
| **Case Name:** LIVINGSTON, CHARLES W. | |
| LIVINGSTON, TAMMY R. | |
| **Taxpayer ID #:** **-***3445 | |
| **Period Ending:** 04/07/11 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******04-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 17,168.21 | 17,168.21 | $0.00 |
| | | | Less: Bank Transfers | | 17,168.21 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,168.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $17,168.21 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******04-65** | 32,501.21 | 10,833.00 | 0.00 |
| **Checking # 9200-******04-66** | 0.00 | 17,168.21 | 0.00 |
| | $32,501.21 | $28,001.21 | $0.00 |

{} Asset reference(s)